Second Circuit denied.  *Mr. Maxwell Evarts* and *Mr. Henry B. Twombly* for petitioner.  *Mr. George S. Ingraham* pro se.

---

No. 616. THE UNITED STATES, PETITIONER, *v.* NINETY-NINE DIAMONDS.  April 2, 1906.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.  *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General McReynolds* for petitioner.  *Mr. W. Wickham Smith* and *Mr. John K. Maxwell* for respondent.

---

No. 617. GRAND TRUNK WESTERN RAILWAY COMPANY ET AL., PETITIONERS, *v.* CHICAGO AND EASTERN ILLINOIS RAILROAD COMPANY.  April 2, 1906.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. G. W. Kretzinger, Mr. Wells H. Blodgett, Mr. W. O. Johnson* and *Mr. Edgar A. Bancroft* for petitioners.  *Mr. W. H. Lyford* for respondent.

---

No. 624. CHARLES HENRY DAVIS, TRUSTEE, PETITIONER, *v.* GEORGE W. BRAMBLET.  April 2, 1906.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. D. W. Lindsey, Mr. Frank Chinn* and *Mr. Richard W. Hale* for petitioner.  *Mr. Helm Bruce* for respondent.

---

No. 628. WILLIAM NIXON ET AL., PETITIONERS, *v.* JAMES H. HARRIS, WARDEN, ETC.  April 2, 1906.  Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied.  *Mr. Armond W. Scott* and *Mr. Marion T. Clinkscales* for petitioners.  No appearance for respondent.